IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

PERRY JOE GATLIN                                                    PLAINTIFF

V.                              CASE NO.: 3:14-CV-3049

SHERIFF MIKE MOORE, Boone County,
Arkansas; NURSE MANDY JONES, Boone
County Sheriff's Department; and JASON
DAY, Jail Administrator                                            DEFENDANTS

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 19) filed in this case on May 11, 2015, by the Honorable James R. Marschewski, Chief United States Magistrate Judge for the Western District of Arkansas. More than fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY.** Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, Defendants' Motion to Dismiss (Doc. 16) is **GRANTED** and Plaintiff's Complaint (Doc. 1) is **DISMISSED WITHOUT PREJUDICE.**

IT IS SO ORDERED on this _15th_ day of June, 2015.

TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE